**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 12-2443**

―――――――

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

KATHERINE ANNE HOOVER; JOHN F. TOMASIC, No pending federal
criminal charges,

             Claimants - Appellants,

        and

$88,029.08, MORE OR LESS, IN UNITED STATES CURRENCY;
$27,671.50, MORE OR LESS, IN UNITED STATES CURRENCY,

             Defendants,

        and

MARGARET E. LUPHER; DIANE E. SHAFER, M.D.,

             Claimants.

―――――――

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  John T. Copenhaver,
Jr., District Judge.  (2:10-cv-01087)

―――――――

Submitted:  August 22, 2013        Decided:  August 26, 2013

―――――――

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

―――――――

Affirmed by unpublished per curiam opinion.

Katherine Anne Hoover and John F. Tomasic, Appellants Pro Se.
Fred B. Westfall, Jr., Assistant United States Attorney, Betty
Adkins Pullin, OFFICE OF THE UNITED STATES ATTORNEY, Charleston,
West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katherine Anne Hoover and John F. Tomasic appeal the district court's order accepting the magistrate judge's recommendations and entering judgment in favor of the Government in these civil forfeiture proceedings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. $88,029.08</u>, No. 2:10-cv-01087 (S.D.W. Va. Sept. 28, 2012). We further deny Appellants' motion to submit newly discovered information and their request for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>